397

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

No. 69249.—R. H. Macy & Co., Inc. *v.* United States, protest 61/18334 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.

No. 69250.—Louis Marx & Co. *v.* United States, protest 63/19002 (San Francisco).

WILSON, J. In accordance with stipulation of counsel that the merchandise consists of paperweights or snow scenes similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.

No. 69251.—Louis Marx & Co., Inc., et al. *v.* United States, protests 64/20404, etc. (San Francisco).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69252.—Louis Marx & Co., Inc. *v.* United States, protest 64/21962 (Philadelphia).